NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DUPONT AIR PRODUCTS NANOMATERIALS, LLC,**
*Plaintiff/Counterclaim Defendant-Cross Appellant,*

**and**

**PRECISION COLLOIDS, LLC AND THE VIRKLER COMPANY (DOING BUSINESS AS CHEMICAL TECHNOLOGIES, LLC),**
*Counterclaim Defendants-Cross Appellants,*

v.

**CABOT MICROELECTRONICS CORPORATION,**
*Defendant/Counterclaim Plaintiff-Appellant.*

---

2011-1085, -1088

---

Appeals from the United States District Court for the District of Arizona in case no. 06-CV-2952, Judge Roslyn O. Silver.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Richard L. Stanley and Alan M. Grimaldi, and to substitute

Donald R. Dunner as principal counsel for Dupont Air Products Nanomaterials, LLC, Precision Colloids, LLC, and The Virkler Company,

IT IS ORDERED THAT:

The motion is granted. Donald R. Dunner should promptly file an entry of appearance as principal counsel.

FOR THE COURT

__MAR 1 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard L. Stanley, Esq.
Donald R. Dunner, Esq.
Wayne L. Stoner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2011

JAN HORBALY
CLERK